UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>GD LIQUOR AND FOOD, et al., <br><br>    Defendants. | Case No.  14-cv-03458-RS <br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs Daren Heatherly and Irma Ramirez commenced this action for injunctive relief and damages pursuant to the Americans with Disabilities Act on July 30, 2014.  After *pro se* defendants GD Liquor and Food, Michael and Betty Asher as joint tenants, and Dhirendra Shrestha doing business as GD Liquor and Food, failed to file a timely answer, default was entered against them.  While they did answer subsequently, in light of the entry of default, this was to no effect.

Defendants should therefore submit on or before Friday, May 15, 2015, a motion to set aside the entry of default, detailing any supportive facts and argument.  Defendants are encouraged to consult with the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.  Appointments can be made in person or by calling 415–782–8982.  If no motion is filed by the aforementioned date, plaintiffs may move for entry of default judgment.

**IT IS SO ORDERED**.

Dated: April 15, 2015

_____
RICHARD SEEBORG
United States District Judge