United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

GD LIQUOR AND FOOD, et al.,

    Defendants.

Case No. 14-cv-03458-RS

**ORDER RE STATUS**

Subsequent to the prior order, defendants GD Liquor and Food, Michael and Betty Asher as joint tenants, and Dhirendra Shrestha doing business as GD Liquor and Food have not timely filed a motion to set aside the December 15, 2014 entry of default, nor have plaintiffs Daren Heatherly and Irma Ramirez moved for entry of default judgment. Accordingly, plaintiffs shall file a motion for entry of default judgment by Thursday, July 2, 2015. This case will otherwise be dismissed without further notice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: June 12, 2015

_____
RICHARD SEEBORG
United States District Judge